## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OOO STROYSFERA,**<br>                    **Plaintiff,**<br><br>            **v.**<br><br>**NAIL KHAIROULLINE (ABDULOVICH),**<br>            **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO.  19-1176** |

### O R D E R

**AND NOW**, this 18th day of June , 2019, upon consideration of Motion to Withdraw as Counsel and for 30-Day Stay (Document No. 9, filed June 10, 2019), **IT IS ORDERED** that a Hearing on Motion to Withdraw as Counsel is **SCHEDULED** for Tuesday, June 25, 2019, at 2:00 P.M., in Courtroom 12-B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

**IT IS FURTHER ORDERED** as follows:

1.      A representative of plaintiff, OOO STROYSFERA, and all counsel shall attend the Hearing. The failure of a representative of plaintiff, OOO STROYSFERA, to attend the Hearing, or to retain counsel who shall have entered his/her appearance before the Hearing, may result in the dismissal of this action without further notice; and,

2.      Counsel for plaintiff shall serve plaintiff, OOO STROYSFERA, with a copy of this Order and shall file a certificate of service thereafter.

            **BY THE COURT:**

            **/s/ Hon. Jan E. DuBois**

            _____

              **DuBOIS, JAN E., J.**