IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------x
OOO StroySfera (limited liability
company)
                          Plaintiff,

v.
                                                     Civil Action No. 2:19-cv-01176-JD

Nail Khairoulline
(Abdulovich)

                          Defendant.
---------------------------------------------------x

## **CERTIFICATE OF SERVICE**

Darya Kapulina-Filina, being duly sworn and deposed, says:

      1.      I am an attorney admitted to practice in the State of New York. I am in the process of moving for admission *pro hac vice* in the above-captioned action though local counsel Marc L. Ackerman of Brodsky and Smith.

      2.      On June 20, 2019, I served a true and correct copy of the Court's Order issued on June 19, 2019 (Document 11) on the Plaintiff, OOO Stroysfera, as follows:

               A.      Via DHL Express Delivery deposited with the carrier in an envelope to the following address:

Ms. Ekaterina Gavrilina
Chief Director
OOO StroySfera
House 16, Building 4, Ryazanskiy Prospect
2nd Floor, Part 1, Room 21
Moscow, Russian Federation 109428

(A true and correct copy of the DHL waybill attached hereto as Exhibit A);

               B.      Via e-mail to OOO StroySfera's representatives (true and correct copy of email attached hereto as Exhibit B); and

               C.      Via WhatsApp text messenger (true and correct screenshot attached hereto as Exhibit C.

                                                               _____
                                                                Darya Kapulina-Filina

# Exhibit A

| EXPRESS WORLDWIDE<br>DHL Online | XPD |  |
|---|---|---|

**From:** DARYA KAPULINA FILINA
DARYA KAPULINA FILINA  Phone: 347-731-1726
70 WEST 93rd STREET 17E
NEW YORK NY 10025
United States

**Origin:** ZYP

**To:** OOO STROYSFERA
HOUSE 16, BUILDING 4 RYAZANSKIY
PROSPECT 2nd FLOOR PART 1, ROOM 21

**109428, MOSCOW**
**Russian Federation**

**Contact:** MS. GAVRILINA
79057481967

## RU-DME-DON

Day | Time:

Date: 2019-06-20 | Shpt Weight: **0.5 lb** | Piece: **1/1**



WAYBILL 55  2084  5831

Content:
LEGAL DOCUMENTS



(2L)RU109428+32000000



(J)JD01 4600 0070 0107 1550

# Exhibit B



## OOO STROYSFERA v. KHAIROULLINE - 2:19-cv-01176-JD
1 message

**Darya Kapulina-Filina** <kapulinafilinalegalpc@gmail.com>   Thu, Jun 20, 2019 at 3:39 PM
To: ███████████
Cc: Marc Ackerman <mackerman@brodsky-smith.com>

Please find the attached order in the above matter.

Yours sincerely,

Darya

### Law Offices of Darya Kapulina-Filina P.C.

Darya Kapulina-Filina, Esq.
 70 West 93rd Street, Suite 17E
New York, NY 10025
Tel. (347) 731-1726
Fax: (917) 793-3925
Email: kapulinafilinalegalpc@gmail.com
       legalcounselpc@outlook.com
Web:  https://legalcounselpc.com/

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.



show_temp (3).pdf
45K

# Exhibit C

